IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALBERT JAMES AMOS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 11-cv-354-slc

MICHAEL A. DITTMANN, Warden,
Redgranite Correctional Institution,

    Respondent.

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Albert James Amos for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice.

_Peter Oppeneer_, Clerk of Court      11/23/11
                                                                 Date